UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | NO: 2:11-00003-3 |
| | ) | JUDGE SHARP |
| DERRICK LINDER | ) | |

## ORDER

Due to a calendar conflict, the sentencing set for March 1, 2013, is hereby rescheduled for Friday, March 8, 2013, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE