# UNITED STATES DISTRICT COURT
for the

MIDDLE District of TENNESSEE (Northeastern Division)

| | |
|---|---|
| United States of America<br>v.<br>DERRICK LINDER<br><br>Date of Original Judgment: March 18, 2013<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 2:11-00003-03<br>USM No: 20901-075<br><br>Dumaka Shabazz<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  37  months **is reduced to**  33 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  March 18, 2013  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ☐☐☐☐☐☐☐

*Judge's signature* (signed) Kevin H. Sharp

Effective Date: ☐☐☐☐☐☐☐
*(if different from order date)*

Kevin H. Sharp, Chief Judge, U.S. District Court
*Printed name and title*